GIBBS, Respondent, v. NEW YORK PRESS CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Frederick S. Gibbs against the New York Press Company, Limit-

ed. C. J. Sullivan, for appellant. J. A. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.